Sylvia WILLIAMS, Appellant,

v.

Susan H. MELLO, Respondent.

No. 68931.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 1, 1996.

Mark D. Hirschfeld, Clayton, for appellant.

Margaret Muserlian Mooney, St. Louis, Susan H. Mello, Clayton, for respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

In this court tried case, plaintiff, Sylvia Williams, sued her previous attorney, Susan Mello, for claims arising out of Mello's prior representation. Williams appeals the trial court's grant of Mello's motion for summary judgment. Williams also alleges the trial court deprived her of the right to a jury trial on Mello's counterclaim for attorney's fees associated with the prior representation.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, set-

